**Frank KING and Calvin Baker, Appellants,**

**v.**

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

March 13, 1959.

Tye & Lundy, Barbourville, for appellants.

Jo M. Ferguson, Atty. Gen., David B. Sebree, Asst. Atty. Gen., for appellee.

PER CURIAM.

Motion for an appeal from the Knox Circuit Court, Honorable Sampson B. Knuckles, Judge. Judgment of convictions, for assault and battery, fixing the punish

ment of each appellant at a fine of $1,000 and six months in the county jail.

The facts, questions raised, authorities cited and applicable law have been carefully considered.

The motion for an appeal is overruled and the judgment stands affirmed.